D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

## INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief. The Center for Investigative Reporting ("CIR") and Aaron Sankin (collectively "Plaintiffs") seek expedited processing and release of agency records requested from Defendant the United States Department of Justice ("DOJ") pertaining to Federal Bureau of Investigation ("FBI") records.

2. In 2017, Plaintiffs submitted a Freedom of Information Act request (the "Request") to FBI seeking disclosure of federal records discussing 4chan, an English-language website that is publicly known for its speech pertaining to extremist and activist groups.

3. To date, Defendant has failed to comply with FOIA's statutory deadlines and

improperly withheld records responsive to the Request.

4. DOJ's delay and improper withholding is of particular public concern because there is little doubt that the FBI has documents at issue here. These records are of immense public interest as they concern the growing trend of violence being instigated by online behavior.

5. Plaintiffs now ask the Court for an injunction requiring DOJ to promptly release the withheld records.

## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(C)(i). This Court also has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1436, and 5 U.S.C. §§ 701–706.

7. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1391(e) and 1402. Plaintiff CIR has its principal place of business in this district.

8. Assignment to the Oakland Division is proper pursuant to Local Rule 3-2(c) and (d) because a substantial portion of the events giving rise to this action occurred in Alameda County, where Plaintiff CIR's principal place of business is located and most actions in this case occurred.

## PARTIES

9. Plaintiff CIR publishes *Reveal* an online news site at revealnews.org and *Reveal* a weekly public radio show with approximately 2 million listeners a month. Founded in 1977, as the first nonprofit investigative news organization, CIR has received multiple awards for its reporting. CIR is a nonprofit established under the laws of the State of California, with its primary office in Emeryville, California.

10. Plaintiff Aaron Sankin is a staff reporter for *Reveal* and an employee of CIR.

11. Defendant DOJ is a department of the executive branch of the U.S. government and an "agency" within the meaning of 5 U.S.C. § 552(f)(1). FBI is a component of DOJ. DOJ has its headquarters in Washington, D.C. and offices all over the country, including in Oakland and San Francisco, California.

//

## FACTUAL BACKGROUND

### FBI's Aegis and 4chan

12. The FBI's mission is to protect the United States and United States citizens "from terrorism, espionage, cyber attacks, and major criminal threats, and to provide its many partners with services, support, training, and leadership." Federal Bureau of Investigation, *About*, *available at* https://www.fbi.gov/about.

13. Since 2016, there has been growing concern over increased violence, criminal threats, and terrorism starting online and spreading into the physical world. A recent report states, "several killings linked to the alt-right" have come out of the "internet into the physical world" and spurred a growing public concern over vehemence originating from white supremacists online. *See* Anti-Defamation League, Murder and Extremism in the United States in 2017 (2017), *available at* http://bit.ly/2ntbiyr.

14. News media, academics, advocacy organizations and public officials have specifically noted concerns over incidents arising from an online site called 4chan. For instance, a recent *Rolling Stone* article highlighted that white supremacists and violent groups have been using 4chan for the explicit purpose of recruiting new members. Janet Reitman, *All American Nazis*, ROLLING STONE, May 2, 2018, https://www.rollingstone.com/politics/politics-news/all-american-nazis-628023/.

15. A follow up investigation focused on 4chan as a locus for violent and white nationalist content in the wake of Donald Trump's 2016 presidential campaign. Andrew Thompson, *The Measure of Hate on 4Chan*, ROLLING STONE, May 10, 2018, https://www.rollingstone.com/politics/politics-news/all-american-nazis-628023/.

16. Other news outlets have also named the site as a central locus for violence more generally. *See, e.g.*, Lee Fang and Leighton Akio Woodhouse, *Video: How White Nationalism Became Normal Online*, THE INTERCEPT, Aug. 25, 2017, https://theintercept.com/2017/08/25/video-how-white-nationalism-became-normal-online/ ("4chan, a site that delights in offending modern sensibilities about race, violence, and sexuality, has become a hotbed for this type of white

nationalist recruitment"); Jacob Siegel, *Dylann Roof, 4chan, and the New Online Racism*, THE DAILY BEAST, June 29, 2015, https://www.thedailybeast.com/dylann-roof-4chan-and-the-new-online-racism.

17. Academic circles have raised alarm activities taking place on 4chan. For instance, a 2017 academic study reported that white identity extremism has been growing rapidly on 4chan. Gabriel Hine, Jeremiah Onaolapo, Emiliano De Cristofaro, et. al, *Kek, Cucks, and God Emperor Trump: A Measurement Study of 4chan's Politically Incorrect Forum and Its Effects on the Web*, (2017), *available at* https://arxiv.org/pdf/1610.03452.pdf; *see also* The University of Maryland, *We Are UMD*, *available at* https://umd.edu/umdreflects#hatebiasprotocol (the University of Maryland recently began focusing heavily on white supremacist activity after one of its students, who was a member of a white supremacist Facebook groups associated with 4chan, murdered a black man who was visiting campus.).

18. Advocacy groups like the Southern Poverty Law Center have made note of the growing concern. *See* Hatewatch Staff, *McInnes, Molyneux, and 4chan: Investigating Pathways to the Alt-Right*, SPLC.ORG, April 19, 2018, https://www.splcenter.org/20180419/mcinnes-molyneux-and-4chan-investigating-pathways-alt-right.

19. The FBI has focused on such instances involving 4chan. For example, a man was arrested by the FBI for threatening to murder African American students at Howard University on 4chan. Prachi Gupta, *FBI Arrests White Man Who Threatened to Murder Howard University Students*, JEZEBEL, Oct. 5, 2017, https://jezebel.com/fbi-arrests-white-man-who-threatened-to-murder-howard-u-1819172044. Similarly, as Reveal reported, 4chan was used to perpetrate hoaxes about the neo-Nazis affiliation of the Parkland shooter, likely to factor into FBI investigations. Aaron Sankin, *The Hate Report: Was the Florida School Shooting Suspect Alt-Right?*, REVEAL, Feb. 16, 2018, https://www.revealnews.org/blog/the-hate-report-was-the-florida-school-shooting-suspect-alt-right/.

20. The public need for disclosure of documents discussing 4chan is compelling as violence continues and research on hate groups becomes ever more necessary.

### The First Request

21. On December 20, 2017, Mr. Sankin submitted a FOIA request to FBI seeking records pertaining to 4chan. A true and correct copy of that letter is attached as Exhibit A.

22. More specifically, it requested "any reports about extremist activity on 4chan--with an emphasis on the site's /b/ and /pol/ communities." Exhibit A.

23. Plaintiffs sought a waiver of search and review fees on the grounds that the CIR qualifies as a "representative of the news media" and that the records are not sought for commercial use. 5 U.S.C. § 552(a)(4)(A)(ii) and (iii).

24. Plaintiffs sought expedited processing on the grounds that there is a "compelling need" for these records because the information requested is urgently needed by an organization primarily engaged in disseminating information in order to inform the public about actual or alleged federal government activity. 5 U.S.C. § 522(a)(6)(E).

25. On February 16, 2018, Mr. Sankin received a responsive letter from the agency that included "18 pages of previously-processed documents" and "advised that additional records potentially responsive to your subject may exist" and noted that an appeal could be written. A true and correct copy of that letter is attached as Exhibit B.

26. On March 12, 2018, Mr. Sankin sent an appeal challenging the adequacy of the FBI's search. A true and correct copy of that letter is attached as Exhibit C.

27. On April 13, 2018, the FBI Administrative Appeals Office sent a letter notifying Mr. Sankin it remanded the request to the FBI for a further search for additional responsive documents. A true and correct copy of that letter is attached as Exhibit D.

28. To date, the FBI has provided no further records from that search.

### The Second Request

29. On February 5, 2018, Mr. Sankin submitted a FOIA request to FBI seeking all records regarding "FBIANON" on 4chan. A true and correct copy of that letter is attached as Exhibit E.

30. More specifically, it requested "all internal and external communications, both written and electronic, along with any reports, memos, and materials relating to any meetings about the postings of FBIAnon and investigations into the identity of whoever is responsible for the

FBIAnon posts." Exhibit E.

31. On February 16, 2018, Mr. Sankin received a responsive letter from the agency acknowledging the receipt of the request. A true and correct copy of that letter is attached as Exhibit F.

32. To date, the FBI has provided no further records from that search.

## Procedural Posture

33. More than 20 working days have passed since Plaintiffs submitted the requests and appeals.

34. DOJ has failed to comply with FOIA, 5 U.S.C. § 552(a)(6)(A)(i) and (ii), requiring that an agency make a determination with respect to an appeal within the 20 business days.

35. Having exhausted all administrative remedies, Plaintiffs now seek injunctive relief.

## CAUSE OF ACTION

### Violation of Freedom of Information Act

36. Plaintiffs repeat and reallege paragraphs 1–35.

37. DOJ is subject to FOIA and must therefore release, in response to a FOIA request, any disclosable records in its possession and provide a lawful reason for withholding any materials as to which it is claiming an exemption.

38. DOJ has no lawful basis for declining to release the records requested by Plaintiffs under FOIA.

39. DOJ has failed to expedite processing.

40. DOJ has failed to act on Plaintiffs' request within the 20 business days required by FOIA. *See* 5 U.S.C. § 552(a)(6)(A)(i) and (ii). Accordingly, Plaintiffs are deemed to have exhausted their administrative remedies under FOIA.

41. Plaintiffs are entitled to declaratory and injunctive relief compelling the release and disclosure of the requested records.

//

//

## REQUESTED RELIEF

WHEREFORE, Plaintiffs pray that this Court:

1. Declare that Defendant DOJ violated FOIA by failing to provide requested records in response to Plaintiffs' FOIA requests and failing to notify Plaintiffs of any determination;

2. Declare that the documents sought by their FOIA request, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

3. Order Defendant DOJ to provide the requested documents to Plaintiffs within 20 business days of the Court's order;

4. Award Plaintiffs the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA; and

5. Grant Plaintiffs such other and further relief as this Court may deem just and proper.

DATED: August 10, 2018

Respectfully submitted,

By: /s/
D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Email: vbaranetsky@revealnews.org

Attorney for Plaintiffs