DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Facsimile: (415) 436-6748
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 3:18-cv-04852-EDL<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

    Pursuant to the Court's Order dated August 14, 2019, ECF No. 31, the parties submit this Joint Status Report in this Freedom of Information Act case.

    On September 12, 2019, Defendant produced a *Vaughn* Index to Plaintiffs concerning the documents that have been withheld or redacted to date. The parties continue to meet and confer over the adequacy of the search performed by Defendant. To allow time for the parties to complete this process, the parties have stipulated and jointly request that the Case Management Conference set for October 1, 2019, be continued until November 1, 2019, before the Honorable Joseph C. Spero. The parties will

provide the Court with a joint status report by October 25, 2019. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

    IT IS SO STIPULATED

DATED: September 20, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ *Emmet P. Ong\**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendant United States Department of Justice*

DATED: September 20, 2019

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

*Attorney for Plaintiffs The Center for Investigative Reporting and Aaron Sankin*

\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the Case Management Conference currently set for October 1, 2019 is continued until November 1, 2019, before the Honorable Joseph C. Spero. The parties shall provide a joint status report by October 25, 2019.

IT IS SO ORDERED.

DATED: September 23, 2019

_____
THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge