1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
4  Assistant United States Attorney

5      1301 Clay Street, Suite 340S
       Oakland, California 94612-5217
6      Telephone: (510) 637-3929
       Facsimile: (510) 637-3724
7      E-mail: emmet.ong@usdoj.gov
8
   Attorneys for Defendant
9  UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN, | ) ) ) | Civil Action No. 3:18-cv-04852-JCS |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Court's order dated November 30, 2020, Dkt. No. 59, the parties submit this joint case management statement in this Freedom of Information Act ("FOIA") case.

On December 30, 2020, the FBI notified Plaintiffs that it has drawn down the physical presence of its FOIA staff (RIDS) to mitigate the spread of COVID-19. Because RIDS personnel cannot process records remotely, the draw down has resulted in a 50% reduction in processing capacity. To that end, the FBI is currently processing Plaintiffs' request at the rate of 250 pages per months rather than the agreed-upon rate of 500 pages per month. The FBI agrees to provide Plaintiffs with a status update on

the operating capacity of RIDS by February 12, 2021.  The parties will continue to work cooperatively, as they have throughout the litigation, to resolve issues informally, including the most recent disruptions caused by COVID-19.

Accordingly, the parties stipulate and jointly request that the case management conference set for January 29, 2021, be continued until March 12, 2021.  The parties will provide the Court with a joint case management statement by March 5, 2021.  The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

IT IS SO STIPULATED.

DATED: January 22, 2021              Respectfully submitted,

                                     DAVID L. ANDERSON
                                     United States Attorney

                                      /s/ *Emmet P. Ong\**
                                     EMMET P. ONG
                                     Assistant United States Attorney

                                     *Attorneys for Defendant United States Department of Justice*

DATED: January 22, 2021

                                     */s/ D. Victoria Baranetsky*
                                     D. VICTORIA BARANETSKY

                                     *Attorney for Plaintiffs The Center for Investigative Reporting and Aaron Sankin*

                                     *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation of the parties, it is hereby ORDERED that the case management |
| 3 | conference currently set for January 29, 2021 is continued until March 12, 2021. The parties shall |
| 4 | provide a joint case management statement by March 5, 2021. |
| 5 | |
| 6 | DATED:_____ |
| 7 | |
| 8 | HON. JOSEPH C. SPERO<br>United States Chief Magistrate Judge |