STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 3:18-cv-04852-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's order dated September 10, 2021, Dkt. No. 72, the parties submit this joint case management statement in this Freedom of Information Act case.

As previously reported, the parties have been discussing Plaintiffs' demand for fees and costs. However, there remain approximately 75 pages of potentially responsive records that are being reviewed by other agencies as part of the interagency consultation process. The FBI has notified Plaintiffs that it anticipates most of these pages to be released by December 31, 2021, with the remainder to be released by January 31, 2022. The parties believe that it makes the most sense to wait for these records to be

1  released before concluding their negotiations over Plaintiffs' demand for fees and costs. To that end, the
2  parties stipulate and jointly request that the case management conference set for November 19, 2021 be
3  continued to February 11, 2022. The parties will provide the Court with a joint case management
4  statement by February 4, 2022. The parties agree and respectfully submit that proceeding this way
5  would be the most efficient use of the Court's and the parties' resources.

     IT IS SO STIPULATED.

DATED: November 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Emmet P. Ong**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendant United States Department of Justice*

DATED: November 15, 2021

/s/ *D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

*Attorney for Plaintiffs The Center for Investigative Reporting and Aaron Sankin*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that the case management conference currently set for November 19, 2021 is continued to February 11, 2022. The parties shall provide a joint case management statement by February 4, 2022.

DATED: November 16, 2021

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge