STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 3:18-cv-04852-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Court's order dated November 16, 2021, Dkt. No. 74, the parties submit this joint case management statement in this Freedom of Information Act case.

    As previously reported, there remained approximately 75 pages of potentially responsive records that were subject to review by other agencies as part of the interagency consultation process. The FBI has now received responses to all but two pages of such records. The FBI is making diligent efforts to get responses to the final two pages as soon as possible so that it can make its final release by February 28, 2022. Once the final records are released, the parties will work expeditiously to conclude their

1  negotiations over Plaintiffs' demand for fees and costs.

2      To that end, the parties stipulate and jointly request that the case management conference set for February 11, 2022 be continued to March 11, 2022. The parties will provide the Court with a joint case management statement by March 4, 2022. The parties agree and respectfully submit that proceeding this way would be the most efficient use of the Court's and the parties' resources.

6      IT IS SO STIPULATED.

8  DATED: February 3, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ *Emmet P. Ong**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendant United States Department of Justice*

15  DATED: February 3, 2022

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

*Attorney for Plaintiffs The Center for Investigative Reporting and Aaron Sankin*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that the case management conference currently set for February 11, 2022 is continued to March 11, 2022. The parties shall provide a joint case management statement by March 4, 2022.

DATED:_____

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge