STEPHANIE M. HINDS (CABN 154284)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON SANKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 3:18-cv-04852-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Court's order dated February 4, 2022, Dkt. No. 76, the parties submit this joint case management statement in this Freedom of Information Act case.

    Since the last update, the FBI had made its final release and the parties have reached an agreement-in-principle to resolve Plaintiffs' demand for fees and costs. The parties anticipate being able to file a stipulation regarding dismissal within the next one to two weeks. To give the parties time to finalize the settlement, the parties stipulate and jointly request that the case management conference set for March 11, 2022 be continued to March 25, 2022. The parties will provide the Court with a joint case

management statement by March 18, 2022.  The parties agree and respectfully submit that proceeding this way would be the most efficient use of the Court's and the parties' resources.

      IT IS SO STIPULATED.

DATED: March 4, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Emmet P. Ong**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendant United States Department of Justice*

DATED: March 4, 2022

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

*Attorney for Plaintiffs The Center for Investigative Reporting and Aaron Sankin*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that the case management conference currently set for March 11, 2022 is continued to March 25, 2022.  The parties shall provide a joint case management statement by March 18, 2022.

DATED: March 7, 2022

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge